Same case below, 596 F.3d 161.

**No. 10-5574. Jose Navas, Petitioner v. United States.**

**No. 10-5636. Jose Alvarez, Petitioner v. United States.**

562 U.S. 954, 131 S. Ct. 320, 178 L. Ed. 2d 254, 2010 U.S. LEXIS 7681.

October 4, 2010. Petitions for writs of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Kagan took no part in the consideration or decision of these petitions.

Same cases below, 597 F.3d 492.